THE GERMANIA BUILDING AND LOAN ASSOCIATION, respondent,

*v.*

B. FRANKEL REALTY COMPANY et al., appellants.

[Submitted July 6th, 1914.   Decided March 1st, 1915.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Emery, whose opinion is reported in *82 N. J. Eq. 49.*

*Mr. Charles B. Gurney* and *Mr. Frank E. Bradner,* for the respondent.

*Mr. Hugo Woerner,* for the appellants.

PER CURIAM.

The decree in this case is affirmed, for the reasons stated in *Germania Building and Loan Association* v. *B. Frankel Realty Co., ante p. 164,* just decided.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, BOGERT, VREDENBURGH, WHITE, HEPPENHEIMER, WILLIAMS —14.

*For reversal*—None.